IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT L. SUMMERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-119-SLR |
| ) | |
| COMMISSIONER PATRICIA STEWART, ) | |
| STATE OF DELAWARE FAMILY COURT, ) | |
| DFS, SHANE O'HARE, and CATHY ) | |
| CASEY, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 7th day of March, 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge