NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: 06/19 SLR

Everett Summers

v.

Family Court & DSFS

DISTRICT COURT JUDGE: _____

Notice is hereby given that **Everett Summers** (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order, [ ] Other (specify) _____

entered in this action on **4-6-06** (date)

DATED: **5-3-06**

_Everett Summers_
(Counsel for Appellant-Signature)

Everett Summers
(Name of Counsel - Typed)

PO BX 12849
(Address)

Wilm De 19850

559 7706
(Telephone Number)

_____ (Counsel for Appellee)

_____ (Address)

_____ (Telephone Number)

[Filed stamp: 2006 MAY -3 AM 8:56 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.