No. 6-2557

Summers

vs.

Stewart, et al.

Everett L. Summers, Appellant

(Delaware District Civil No. 06-cv-00119)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Clerk

Date: August 8, 2006

cc:
    Everett L. Summers
    Marc P. Niedzielski, Esq.

A True Copy:

Marcia M. Waldron, Clerk