IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT L. SUMMERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-119 SLR |
| | ) |
| COMMISSIONER PATRICIA STEWART, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This 31st day of July, 2007, it appearing that:

1. All non-sealed and non-expunged records are forwarded to the National Archives and Records Administration (NARA) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2. The policy of this Court is that case records are forwarded to the NARA after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3. This case will be forwarded to the NARA after being held for the minimum period of six months.

4. During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5. The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

**NOW**, therefore, **IT IS ORDERED** that:

1. When the Clerk prepares the record of the above-entitled case for subsequent transfer to the NARA, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5. After the designated date noted above, the Clerk shall arrange to forward the record of this case to the NARA in accordance with the policy of this Court.

United States District Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2007

Everett L. Summers
Kelly Trailer Ct. lot 2
305 S. DuPont Hwy
New Castle, DE 19720

RE: **Return of Sealed Documents.**
Civ No.: 06-119 SLR

Dear Sir/Madame:

    The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed order of the court, **pro se parties are asked to claim the sealed documents mentioned in the Order by August 14, 2007**. All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

    **If parties do not claim the documents that they filed by the above date**, the Clerk will **unseal** any sealed documents remaining and send them to the NARA in accordance with the Order. To claim your sealed documents kindly **send a formal letter of request to our court in the provided self addressed envelope.**

    Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and address. Once we receive your mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. If you have any further questions please contact the Clerks Office at (302)573-6170.

Sincerely,

By: /s/Larisha Davis
Deputy Clerk

Enc.: order, partial docket

REVIEWED
By Larisha Davis at 12:16 pm, Jun 26, 2007

CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00119-SLR
### Internal Use Only

Summers v. Stewart et al
Assigned to: Honorable Sue L. Robinson
Cause: 42:1983 Civil Rights Act

Date Filed: 03/07/2006
Date Terminated: 04/06/2006
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Everett L. Summers**              represented by   **Everett L. Summers**
                                                    Everett L. Summers, Pro se
                                                    Kelly Trailer Ct. lot 2
                                                    305 S. DuPont Hwy
                                                    New Castle, DE 19720
                                                    (302)559-7706
                                                    PRO SE

V.

**Defendant**

**Commissioner Patricia Stewart**

**Defendant**

**State of Delaware, Family Court**

**Defendant**

**DFS**

**Defendant**

**Shane O'Hare**

**Defendant**

**Cathy Casey**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2006 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Everett L. Summers. (els, ) (Entered: 02/24/2006) |
| 02/24/2006 | 2 | COMPLAINT filed Pro Se against Patricia Stewart, State of Delaware, Family Court, DFS, Shane O'Hare, Cathy Casey - filed by Everett L. Summers.(els, ) (Entered: 02/24/2006) |
| 03/01/2006 |   | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 03/01/2006) |
| 03/07/2006 | 3 | ORDER granting 1 Motion for Leave to Proceed in forma pauperis . Signed by Judge Sue L. Robinson on 3/7/06. (rld, ) (Entered: 03/07/2006) |
| 03/16/2006 | 4 | SEALED Letter from E. Summers enclosing family court transcript. (fmt, ) (Entered: |